UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
    RICHARD PROMIN
    KENYA PROMIN
        Debtor(s)

Case No. 11-22540

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2011.

2) The plan was confirmed on 11/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/19/2016.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $51,951.00.

10) Amount of unsecured claims discharged without payment: $39,676.69.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $60,809.40 |
| Less amount refunded to debtor | $809.40 |

**NET RECEIPTS:** $60,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,979.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,433.04 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,412.04

Attorney fees paid and disclosed by debtor: $521.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 1,500.00 | 1,487.30 | 1,487.30 | 780.31 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPITA | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 7,195.00 | 1,806.43 | 1,806.43 | 947.74 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 274.68 | 274.68 | 144.11 | 0.00 |
| AT&T | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| BHES | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| BLACK ROAD BRANCH | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,500.00 | 1,355.75 | 1,355.75 | 711.29 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL SOLUTIONS INVESTMENTS | Unsecured | 1,070.00 | 1,172.87 | 1,172.87 | 615.34 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,256.00 | 1,300.20 | 1,300.20 | 682.15 | 0.00 |
| CITY OF JOLIET | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CORWIN MEDICAL CARE | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 789.00 | NA | NA | 0.00 | 0.00 |
| ENDODONTIC & PERIODONTIC ASSC | Unsecured | 119.00 | 904.26 | 904.26 | 474.42 | 0.00 |
| FEDEX | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Secured | 7,273.00 | 7,272.70 | 7,272.70 | 7,272.70 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAIL D MILLER MD | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| GENEVA POLICE DEPARTMENT PHO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL ACCEPTANCE CREDIT | Unsecured | 1,017.00 | 1,017.29 | 1,017.29 | 533.72 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 241.00 | 241.38 | 241.38 | 126.64 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 222.57 | 222.57 | 222.57 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 26.52 | 26.52 | 13.91 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,417.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,000.00 | 6,711.40 | 6,711.40 | 3,521.12 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,000.00 | 6,962.76 | 6,962.76 | 6,962.76 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 291.00 | 240.90 | 240.90 | 126.39 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 536.00 | 548.05 | 548.05 | 287.53 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 336.00 | 336.97 | 336.97 | 176.79 | 0.00 |
| KENDALL RIDGE HOMEOWNERS ASS | Unsecured | 285.00 | 748.18 | 748.18 | 392.53 | 0.00 |
| LABCORP | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| MASON | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,911.00 | 2,911.44 | 2,911.44 | 1,527.48 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MUSIC & ARTS | Unsecured | 112.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAFS | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 5,010.00 | 3,930.73 | 3,930.73 | 2,062.25 | 0.00 |
| PLAINFIELD COMM SCHOOL DISTRIC | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD PUBLIC LIBRARY | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD SOUTH HIGH SCHOOL | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| PLAZA ASSOCIATES | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 602.00 | 601.76 | 601.76 | 315.71 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 387.00 | 454.64 | 454.64 | 238.53 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Secured | 18,075.00 | 18,075.00 | 18,075.00 | 18,075.00 | 1,021.90 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 2,349.53 | 2,349.53 | 1,232.67 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 424.00 | 569.01 | 569.01 | 298.53 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 424.00 | 423.90 | 423.90 | 222.40 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 394.00 | 393.56 | 393.56 | 206.48 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 18.00 | 423.56 | 423.56 | 222.22 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| RENUKA H BHATT MDSC | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE | Unsecured | 2,786.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,200.00 | 1,155.00 | 1,155.00 | 605.97 | 0.00 |
| SPIRO SPYRATOS TODAYS DENTAL | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| SPIRO SPYRATOS TODAYS DENTAL | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,018.00 | 1,484.96 | 1,484.96 | 779.08 | 0.00 |
| STATE FARM BANK | Unsecured | 4,255.00 | NA | NA | 0.00 | 0.00 |
| SURETY FINANCE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| SYMED INC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 313.00 | 113.83 | 113.83 | 59.72 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| THE COS IN JOLIET INC | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| TOWN OF CICERO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,962.00 | 6,530.10 | 6,530.10 | 3,426.00 | 0.00 |
| VANDA LLC | Unsecured | 575.00 | 575.62 | 575.62 | 302.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 2,602.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,272.70 | $7,272.70 | $0.00 |
| Debt Secured by Vehicle | $18,075.00 | $18,075.00 | $1,021.90 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,347.70** | **$25,347.70** | **$1,021.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,185.33 | $7,185.33 | $0.00 |
| **TOTAL PRIORITY:** | **$7,185.33** | **$7,185.33** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,089.82** | **$21,033.03** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,412.04 |
| Disbursements to Creditors | $54,587.96 |
| **TOTAL DISBURSEMENTS** : | **$60,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/04/2016 By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**